

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/21/2010

| | | |
|---|---|---|
| In re: | § | |
| RAYMOND NANEZ | § | CASE NO. 09-30702-H4-13 |
| NOEMI GARCIA NANEZ | § | Chapter 13 |
| Debtors | § | |

## ORDER WITHDRAWING
## MOTION TO COMPEL US BANK HOME MORTGAGE
## TO COMPLY WITH LOCAL RULE 3015-1(b), THE CHAPTER 13 TRUSTEE
## PROCEDURES FOR ADMINISTRATION OF HOME MORTGAGE
## PAYMENTS, AND TO DETERMINE MORTGAGE PAYMENT
## AND MOOTING ORDER SETTING HEARING

The Motion to Compel US Bank Home Mortgage to Comply with Local Rule 3015-1(b), the Chapter 13 Trustee Procedures for Administration of Home Mortgage Payments and to Determine Mortgage Payment is withdrawn and the Order Setting Hearing thereon is moot.

Signed: May 21, 2020

Jeff Bohm, U.S. Bankruptcy Judge